McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROBERT P. DOVE,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-01475-CKD<br><br>STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will assign this case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to conduct a new hearing and will give Plaintiff an opportunity to present evidence regarding the calculation of his overpayment. The ALJ will take the steps necessary to complete the administrative record and provide an explanation for the period for which Plaintiff received the overpayment in disability insurance benefits, the cause of the overpayment, and the amount of the overpayment.

1

Thereafter, the ALJ will make findings and decide whether Plaintiff was without fault in causing or accepting the overpayment and whether recovery of the overpayment may be waived.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                            Respectfully submitted,

Date: February 19, 2020           CERNEY KREUZE & LOTT, LLP

*s/ Shellie Lott by C.Chen\**
(As authorized by email on 2/19/2020)
SHELLIE LOTT
Attorneys for Plaintiff

Date: February 19, 2020           McGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 21, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2